UNITED STATES DISTRICT COURT
WESTERN DISTRICT OF TEXAS
AUSTIN DIVISION

FILED

JUL 1 6 2018

CLERK, U.S. DISTRICT COURT
WESTERN DISTRICT OF TEXAS
BY_____
                      DEPUTY

Katie Kononen
Plaintiff

Case Number: A18CV0595LY

vs

Texas Department of State Health Services,
Texas Vital Records

## COMPLAINT

Plaintiff address:
Katie Kononen
1310 Orchard Heights Road NW,
Salem, OR 97304

Defendants address: Texas Department of State Health Services,
Texas Vital Records
PO Box 149347,
Austin, Texas 78714-9347

## PLEA

I, Katie Kononen have been trying to get a copy of my father's Delayed Birth Certificate from the office of Texas Vital Records. I even paid for four copies of the document.

When I received the copies I paid for, they had my father's name on them and then the rest was blank and his parents' names had been redacted.

We need the Certificate for Tribal Enrollment purposes. It is critical for our family and it has been a years-long effort. I have spoken to many in the Department and I have been given no acceptable reason why this has occurred nor why I cannot get a clean copy of the Certificate. I include an attached copy of a note from my father giving permission for me and his grandson to seek this Certificate, among other documents and correspondence. add I want to be compensate

## RELIEF

I respectfully ask that the Court direct the Deportment to release the correct Certificate to me with no further delays.

*Katie Kononen*

Katie Kononen
1310 Orchard Heights Road NW,
Salem, OR 97304
(503) 510-8343

## Acknowledgment in an Individual Capacity

State of OREGON
County of __Marion__

This record was acknowledged before me on __June 26__, 20__18__
by __Katie Kononen__

_____
Notary Public - State of Oregon

OFFICIAL STAMP
KARI LYNNE TENTSCHERT
NOTARY PUBLIC - OREGON
COMMISSION NO. 966148
MY COMMISSION EXPIRES AUGUST 31, 2021