IN THE UNITED STATES DISTRICT COURT
FOR THE WESTERN DISTRICT OF TEXAS
AUSTIN DIVISION



| | | |
|---|---|---|
| KATIE KONONEN, | § | |
| PLAINTIFF, | § | |
| | § | |
| V. | § | CIVIL NO. A-18-CV-00595-LY |
| | § | |
| TEXAS DEPARTMENT OF STATE | § | |
| HEALTH SERVICES, | § | |
| DEFENDANT. | § | |

## FINAL JUDGMENT

Before the court is the above styled and numbered action. On this date by separate order, the court dismissed all claims alleged by Plaintiff *pro se* Katie Kononen against Defendant Texas Department of State Health Services in this action with prejudice as frivolous. See 28 U.S.C. § 1915(e)(2)(B). As no disputes remain between the parties for resolution, the court renders this final judgment pursuant to Federal Rule of Civil Procedure 58.

**IT IS ORDERED** that this action is hereby **CLOSED**.

SIGNED this _____ day of November, 2018.

_____
LEE YEAKEL
UNITED STATES DISTRICT JUDGE